# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOAN NGUYEN, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:13-838 |
| v. | : | (MANNION, D.J.) |
| | | (SCHWAB, M.J.) |
| ATTORNEY GENERAL ERIC HOLDER, | : | |
| | : | |
| Respondent | | |
| | : | |

## MEMORANDUM

Presently before the court is Judge Schwab's report and recommendation, (Doc. No. 21), that the petitioner's petition, (Doc. No. 1), be dismissed as moot to which no objections have been filed. As the report and recommendation indicates, the petitioner has been removed from the United States and is no longer subject to Immigration and Customs Enforcement's detention pending removal. Therefore, the petitioner has received the relief he sought in this court, and there is nothing more that the court could do for him. On the basis of the foregoing, Judge Schwab's report and recommendation is **ADOPTED IN FULL** and the petition for writ of habeas corpus is **DISMISSED** as moot. An appropriate order will follow.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: October 22, 2013
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-838.wpd