## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOAN NGUYEN,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:13-838** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(SCHWAB, M.J.)** |
| **ATTORNEY GENERAL ERIC HOLDER,** | : | |
| | : | |
| **Respondent** | : | |
| | : | |

## ORDER

For the reasons stated in the foregoing memorandum issued this same day **IT IS HEREBY ORDERED** that:

(1) Judge Schwab's report and recommendation, (Doc. No. 21), is **ADOPTED IN FULL**.

(2) The petitioner's petition for writ of habeas corpus, (Doc. No. 1), is **DISMISSED** as moot.

(3) Pursuant to 28 U.S.C. §2253(c)(2), the court declines to issue a certificate of appealability.

(4) The clerk is directed to close this case.


*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: October 22, 2013
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-838-ORDER.wpd